AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

SUMMER H.

*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security

*Defendant*

Civil Action No. 2:26-cv-00169-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Pursuant to the Order at ECF No. 14, the parties Stipulated Motion to Remand at ECF No. 13, is GRANTED. This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge James A. Goeke

Date: 9/11/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*